IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01289 RPM-MEH

DALLAS KORT, an individual,

    Plaintiff,

v.

ARCTIC CAT, a Minnesota corporation
doing business in the State of Colorado,

    Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES

---

THIS MATTER, having come before the Court on Defendants' **UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINES**, the Court having reviewed the Motion and having fully considered the grounds therein, hereby ORDERS:

1. That the Motion is GRANTED;

2. Defendants' Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before May 16, 2008;

3. Service of interrogatories and requests for production shall be made on or before May 30, 2008;

4. The Fact Discovery Deadline is extended four weeks up to and including June 30, 2008; and

5. The Final Discovery Deadline is extended four weeks up to and including August 14, 2008.

Dated this 19 day of March 2008.

United States District Judge