IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: January 29, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-01289-RPM

DALLAS KORT, an individual,                                         Robert D. Erben
                                                                                           Megan M. Hottman

     Plaintiff,

v.

ARCTIC CAT, a Minnesota corporation doing business in Colorado,     Jeffrey R. Pilkington

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**9:59 a.m.     Court in session.**

Court's preliminary remarks and summary of its understanding of the case.

10:03 a.m.     Argument by Mr. Pilkington.
10:15 a.m.     Argument by Mr. Erben.

Court's oral findings stated on record.

**ORDERED:**    Defendant's Motion for Summary Judgment, filed October 15, 2008 [23], is granted.

**ORDERED:**    Defendant's *Daubert* Motion to Exclude Opinions and Testimony of V. Marshal Ringler, filed October 15, 2008 [22], is granted.

**10:25 a.m.    Court in recess.**

Hearing concluded. Total time: 26 min.