IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01289-RPM

DALLAS KORT,

        Plaintiff,

v.

ARCTIC CAT, a Minnesota corporation
doing business in the State of Colorado,

        Defendant.

## ORDER AWARDING COSTS

On February 6, 2009, the defendant Arctic Cat filed a motion for an award of costs in the amount of $5,163.78 pursuant to Fed.R.Civ.P. 54(d) and submitted a bill of costs. The plaintiff filed a motion to stay award of costs pending appeal on February 13, 2009, following the notice of appeal filed February 12, 2009. Because the award of costs is essentially a ministerial act and the bill of costs is for costs allowable under 28 U.S.C. § 1920, there is no just reason for staying the award of costs. It is therefore

ORDERED that pursuant to the judgment entered on January 29, 2009, costs are awarded to the defendant, Arctic Cat, in the amount of $5,163.78 and the plaintiff's motion to stay award of costs pending appeal is denied.

Dated: February 18th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge